UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose VILLALOBOS–MARTINEZ,
Defendant–Appellant.

No. 08–13096
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 31, 2008.

Alison Wallace, Steptoe & Johnson LLP, Pelham, AL, for Defendant–Appellant.

Before ANDERSON, BIRCH and HULL, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Jose Villalobos–Martinez in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Villalobos–Martinez's convictions and sentences are **AFFIRMED.**